O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLEEN R. REDDY,<br><br>        Plaintiff,<br><br>  v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, et al.,<br><br>        Defendants. | Case No. EDCV 09-1498-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 2, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge